The People of the State of New York, Respondent,
against
Carmine Amelio, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kevin B. McGrath, Jr., J., at suppression motion; Ann E. Scherzer, J., at plea and sentencing), rendered October 16, 2015, convicting him, upon a plea of guilty, of unlicensed driving, and imposing sentence.




Per Curiam.
Judgment of conviction (Kevin B. McGrath, Jr., J., at suppression motion; Ann E. Scherzer, J., at plea and sentencing), rendered October 16, 2015, affirmed.
Since the motion court never issued a ruling on the Dunaway portion of defendant's suppression motion (see Dunaway v New York, 442 US 200 [1979]) and defendant never alerted the motion court to the existence of the unresolved issue, defendant abandoned that branch of the motion, thereby rendering his present Dunaway claim unpreserved for appellate review (see People v Bigelow, 68 AD3d 1127, 1128 [2009], lv denied 14 NY3d 797 [2010]; People v Aponte, 17 AD3d 225, 226, lv denied 5 NY3d 758 [2005]). Were we to review defendant's argument on the merits, we would summarily deny defendant's suppression motion because defendant's allegations were conclusory and insufficient to warrant a hearing (see People v Mendoza, 82 NY2d 415, 431 [1993]; People v Haskins, 86 AD3d 794, 796 [2011], lv denied 17 NY3d 903 [2011]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 24, 2017